Nathan D. McNaughton
838 Birch Court
Somerset, WI 54025

Western District of Wisconsin
Robert W. Kastenmeier U.S. Courthouse
120 N. Henry Street, Room 320
Madison, WI 53703

22 CV 247 WMC

May 2, 2022

Dear Federal Clerk of Courts:

    Please accept the following documents expressing my wish to file legal action without legal representation in the U.S. Federal Court, Western District of Wisconsin against my former employer the School District of Amery. Attached you will find my payment of $402.00, a signed copy of the complaint form, and copy of a dismissal and notice of rights from the U.S. Equal Employment Opportunity Commission case charge number 443-2021-01571.

    If there is a need for additional documents or fees, please notify me immediately so I can rectify the situation and provide the necessary documents or payment required to successfully file the case in a timely manner. If this is the incorrect filing location, please forward these documents to the proper court or return these documents immediately to me indicating the correct location to file.

    If you need to contact me for any reason, please contact me via email at mcnaughtonn@gmail.com or phone at (715) 505-7635 or at my address noted above. I appreciate your time and energy in assisting me in filing this case in US Federal Court.

Thanks and Take Care,

*[signature]*

Nathan D. McNaughton