Nathan and Amanda McNaughton
838 Birch CT
Somerset, WI 54025

SAINT PAUL MN 550
2 MAY 2022 PM 5 L

SCANNED

The Clerk of the US District Court
Western District of Wisconsin
Robert W. Kastenmeier U.S. Courthouse
120 N. Henry St, Room 320
Madison, WI 53703

53703-255995